UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. MJ19-221 |
| v. | DETENTION ORDER |
| DENNIS PELTIER, | |
| Defendant. | |

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention set forth below, finds that no condition or combination of conditions will reasonably assure the appearance of Defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant's criminal record reflects numerous failure to appears resulting in over ten bench warrants issued for Defendant's arrest.

2. Defendant has been known to use aliases.

3. The nature of the crime charged indicates a risk of danger to the community.

4. Defendant poses a risk of nonappearance due to numerous failure to appear

DETENTION ORDER - 1

findings. Defendant poses a risk of danger due to the violent nature of the crime charged. There does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Probation Services Officer.

Dated this 28th day of May, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge