UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>      v.<br>DENNIS PELTIER, *et al.*,<br><br>                Defendants. | CASE NO. CR19-0115-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Joseph Sam's unopposed motion to continue the trial date as to both Defendants (Dkt. No. 37). Each Defendants has filed speedy trial waiver up to and including June 1, 2020. (Dkt. Nos. 38, 39.) Having considered the motion and speedy trial waivers, the Court FINDS:

      1.      Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

      2.      Failure to grant a continuance would likely result in the miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

      3.      The additional time requested is a reasonable period of delay, as Defendants have requested more time to prepare for trial, investigate the matter, gather evidence material to the

defense, and consider possible defenses; and

4. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

5. The additional time requested between the current trial date of August 12, 2019, and the new trial date is necessary to provide defense counsel reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

For the foregoing reasons, Defendant Sam's motion to continue the trial date as to both Defendants (Dkt. No. 37) is GRANTED. It is therefore ORDERED that the trial date be CONTINUED from August 12, 2019 to May 4, 2020 at 10 a.m., and that the time between the date of this order and the new trial date is excludable time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), and 3161(h)(7)(B)(iv). Any pretrial motions shall be filed no later than March 9, 2020.

DATED this 6th day of August 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE